BOGUE, Respondent, v. MARYLAND SMOKELESS COAL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Arthur H. Bogue against the Maryland Smokeless Coal Company. J. A. Arnold, for appellant. A. Ely, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BOHAN v UVALDE ASPHALT CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Patrick Bohan against the Uvalde Asphalt Company. No opinion. Motion denied.

BOHNENBLUST et al. v. BOHNENBLUST et al. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by James Bohnenblust and another, as executors, etc., against James Bohnenblust and others.

PER CURIAM. Order amending judgment roll affirmed, with $10 costs and disbursements. Order denying stay affirmed.

WILLIAMS, J., not voting.

BONTA, Respondent, v. GRIDLEY, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Frank M. Bonta against Willis T. Gridley and another.

PER CURIAM. Interlocutory and final judgments affirmed, with costs. See same case, reported 77 App. Div. 33, 78 N. Y. Supp. 961.

WILLIAMS, J., dissents.

BORK, Respondent, v. FIREMAN'S INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by George W. Bork against the Fireman's Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. Held, that the verdict of the jury was contrary to and against the weight of the evidence.

In re BOSSARD'S ESTATE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of August Bossard, deceased. F. W. Arnold, for appellant. H. F. Cochrane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

90 N.Y.S.—69

BOSWORTH, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Fannie L. Bosworth, as executrix, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Order heretofore entered dismissing the appeal herein is vacated, and the appeal restored, and ordered to be placed at the foot of the calendar for the January, 1905, term, to be argued or finally disposed of at that term.

BOWER et al., Respondents, v. WALES, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Leroy Bower and others against Rosanna Wales and others.

PER CURIAM. Judgment and orders affirmed, with costs. Held, that the orders appealed from were properly made upon the merits.

BOX BOARD & LINING CO, Respondent, v VINCENNES PAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Box Board & Lining Company against the Vincennes Paper Company. G. Sumner, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BOYER, Appellant, v BOYER, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Catherine Louise Boyer against Frank Woodruff Boyer. No opinion. Order, so far as appealed from, affirmed, without costs.

BRADY, Respondent, v METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Bridget Brady against the Metropolitan Street Railway Company. B. H. Ames, for appellant. R. L. Tarbox, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs and allowance, to the sum of $2,791.12, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs.

BROOKS, Respondent, v. CONKLIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Jennie E. Brooks against Restcone P. Conklin. No opinion. Interlocutory judgment affirmed, with costs.

BROWN et al. v. COLEMAN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by James N. Brown and others against John Coleman. No opinion. Motion denied, with $10 costs.